# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                  **CASE NO. 4:18-CR-00426-BSM**

**HENRY MIKE WATKINS, JR.**                                               **DEFENDANT**

## ORDER

Even though the retroactive application of Amendment 821 to the Federal Sentencing Guidelines reduces Henry Watkins's range from 110-120 months to 97-120 months, Watkins's motion [Doc. No. 129] to alter the order determining that he will be resentenced to 110 months' imprisonment today, *see* Doc. No. 127, is denied because the section 3553(a) factors do not warrant a sentence reduction. *See United States v. Jones*, 825 F.3d 929, 931 (8th Cir. 2016) (a sentence reduction under 18 U.S.C. section 3582(c)(2) is discretionary). This is true because, upon reconsideration, I find that the particular circumstances of Watkins's case still warrant a 110-month sentence based on the nature of the offense, Watkins's history and characteristics, and the need to protect the public from further crimes by Watkins. *See* 18 U.S.C. § 3553(a).

IT IS SO ORDERED this 24th day of October, 2024.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE